82 F.3d 403
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Maximiliano Amparo CONCEPCION, Plaintiff, Appellant,
v.
ADMINISTRACION DE CORRECCION, Defendants, Appellees.
 No. 96-1176.
 United States Court of Appeals, First Circuit.
 April 23, 1996.
 
 APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge ]
 Maximiliano Amparo Concepcion on brief pro se.
 D. Puerto Rico
 VACATED.
 Before TORRUELLA, Chief Judge, STAHL and LYNCH, Circuit Judges.
 Per Curiam.
 
 
 1
 We agree with the district court that plaintiff's allegations with respect to his dental treatment were insufficient to state a constitutional claim, and we affirm the dismissal of that claim. Plaintiff also contended, however, that the correctional facility has no law library and outlined a denial of access to courts claim. The district court did not address this claim when it dismissed plaintiff's action. We conclude that plaintiff stated enough to survive a sua sponte dismissal of the access to courts claim and therefore vacate the judgment of dismissal and remand for further consideration of the access to courts claim.
 
 
 2
 Vacated and remanded.